Behrooz Shariati (State Bar. No. 174436)
bshariati@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:  (650) 739-3939
Facsimile:   (650) 739-3900

Attorneys for Plaintiff, Xilinx, Inc.

FILED

SEP  2 2011

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XILINX, INC.,

        Plaintiff,

v.

INTELLECTUAL VENTURES, LLC,
INTELLECTUAL VENTURES
MANAGEMENT, LLC,
DETELLE RELAY KG, LLC,
ROLDAN BLOCK NY, LLC,
LATROSSE TECHNOLOGIES, LLC,
TR TECHNOLOGIES FOUNDATION LLC,
TAICHI HOLDINGS, LLC,
NOREGIN ASSETS N.V., LLC,
INTELLECTUAL VENTURE FUNDING
LLC,

        Defendants.

Case No. CV11-04407 PSG

PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND FEDERAL RULES OF CIVIL PROCEDURE 7.1

Pursuant to Civil L.R. 3-16 and Federal Rules of Civil Procedure 7.1, Plaintiff Xilinx, Inc. ("Xilinx") by and through its counsel, hereby discloses that it is a nongovernmental, publicly held, corporate party in this action.  Xilinx states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

1   Dated: September 2, 2011.                JONES DAY
2                                            By: _____
3                                                    Behrooz Shariati

4                                            Attorneys for Plaintiff
                                             XILINX, INC.

10  SVI-97254v1

                                                    CERTIFICATE OF INTERESTED ENTITIES
                                    2