| | |
|---|---|
| 1 | BLACK CHANG & HAMILL LLP |
|   | Bradford J. Black (SBN 252031) |
| 2 | bblack@bchllp.com |
|   | Peter H. Chang (SBN 241467) |
| 3 | pchang@bchllp.com |
| 4 | Andrew G. Hamill (SBN 251156) |
|   | ahamill@bchllp.com |
| 5 | 333 Bush Street, Suite 2250 |
|   | San Francisco, California 94104 |
| 6 | Telephone:    415-813-6210 |
| 7 | Facsimile:    415-813-6222 |
| 8 | Attorneys for All Defendants |
|   | (See signature page for complete |
| 9 |  list of parties represented) |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XILINX, INC., | Case No.: CV-11-04407-PSG |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF BRADFORD J. BLACK AS COUNSEL FOR DEFENDANTS** |
| INTELLECTUAL VENTURES, LLC, INTELLECTUAL VENTURES MANAGEMENT LLC, DETELLE RELAY KG, LLC, ROLDAN BLOCK NY, LLC, LATROSSE TECHNOLOGIES, LLC, TR TECHNOLOGIES FOUNDATION LLC, TAICHI HOLDINGS, LLC, NOREGIN ASSETS N.V., LLC, INTELLECTUAL VENTURE FUNDING LLC, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Bradford J. Black of Black Chang & Hamill LLP hereby enters his appearance as counsel of record on behalf of defendants Intellectual Ventures, LLC, Intellectual Ventures Management, LLC, Detelle Relay KG, LLC, Roldan Block NY, LLC, Latrosse Technologies, LLC, TR Technologies Foundation LLC, Taichi Holdings, LLC, Noregin Assets N.V., LLC, Intellectual Venture Funding LLC (collectively, "Defendants"), in the above-captioned matter.

Defendants hereby request that all notices given or required to be given and all papers filed or served or required to be served in the above-captioned matter be directed and served upon counsel at the address below:

Bradford J. Black
Black Chang & Hamill LLP
333 Bush Street, Suite 2250
San Francisco, California 94104
Telephone: 415-813-6211
Facsimile: 415-813-6222
pchang@bchllp.com

Respectfully submitted,

Dated: September 15, 2011          BLACK CHANG & HAMILL LLP


By:   /s/ Bradford J. Black
            Bradford J. Black

*Attorney for Defendants*
Intellectual Ventures, LLC
Intellectual Ventures Management, LLC
Detelle Relay KG, LLC
Roldan Block NY, LLC
Latrosse Technologies, LLC
TR Technologies Foundation LLC
Taichi Holdings, LLC
Noregin Assets N.V., LLC
Intellectual Venture Funding LLC